# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

**GENE A. SZEREMI,**

    **Petitioner,**

vs.                                                    CASE NO. 5:05cv126-RH/WCS

**JAMES V. CROSBY, JR.,**

    **Respondent.**

_____/

## O R D E R

    Petitioner, an inmate proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Doc. 1.  Petitioner has failed, however, to pay the required $5.00 filing fee or, alternatively, to file an application for leave to proceed *in forma pauperis* (IFP).  Review of Petitioner's petition will be deferred until the $5.00 filing fee is paid or an application for leave to proceed *in form pauperis* is submitted.

    Accordingly, it is **ORDERED:**

    1.  The clerk of court shall forward to Petitioner an application for leave to proceed *in forma pauperis*.

2.  Petitioner shall have until **July 29, 2005**, to either file an application for leave to proceed *in forma pauperis*, or pay the $5.00 filing fee.

3.  Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

**DONE AND ORDERED** on June 28, 2005.

    s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**