IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GENE A. SZEREMI,**

    Petitioner,

vs.                                                Case No. 5:05cv126-RH/WCS

**JAMES V. CROSBY, JR.,**

    Respondent.
_____/

### REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and was directed to either pay the filing fee or submit an application to proceed in forma pauperis.  Docs. 1 and 3.  He has done both, and the in forma pauperis application (doc. 6) is moot.

Petitioner is currently incarcerated at Apalachee Correctional Institution.  He challenges the judgment imposed in the Sixth Judicial Circuit Court in Pasco County.  Jurisdiction is appropriate in this district and the Middle District, as the districts of confinement and conviction, respectively.  28 U.S.C. § 2241(d).

...

The district of conviction would appear to be the most convenient and appropriate venue, and the petition should be transferred to the Middle District under § 2241(d).  *See also*, Parker v. Singletary, 974 F.2d 1562, 1582 and nn. 114 and 118 (11th Cir. 1992) (finding transfer "in furtherance of justice" under § 2241(d), citations omitted); Eagle v. Linahan, 279 F.3d 926, 933, n. 9  (11th Cir. 2001) (noting the practice of district courts in Georgia to transfer petitions to the district of conviction under § 2241(d)).

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida, on August 10, 2005.

s/   William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**